Debtor 1  Ladislado   Lara    &   Elvira   Lara
               First Name     Middle Name     Last Name

Case number (*if known*)_____

---

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
   ☐ No
   ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Ladislado Lara* (DocuSigned)
   129807B64F41435...
Signature of Debtor 1

✗ *Elvira Lara* (DocuSigned)
   129807B64F41435...
Signature of Debtor 2

Executed on  9/22/2021
         MM / DD / YYYY

Executed on  9/22/2021
         MM / DD / YYYY

---

**Fill in this information to identify your case:**

Debtor 1: Ladislado ____ Lara
(First Name) (Middle Name) (Last Name)

Debtor 2: Elvira ____ Lara
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Ladislado Lara
— 129807B64F41435...
Signature of Debtor 1

X /s/ Elvira Lara
— 129807B64F41435...
Signature of Debtor 2

Date 9/22/2021
MM / DD / YYYY

Date 9/22/2021
MM / DD / YYYY

Official Form 106Dec   **Declaration About an Individual Debtor's Schedules**

Debtor __Ladislado Lara & Elvira Lara__    Case number *(if known)* _____
      First Name   Middle Name   Last Name

| **Part 12:** | **Sign Below** |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ /s/ Ladisloda Lara        ✗ /s/ Elvira Lara
Signature of Debtor 1        Signature of Debtor 2

Date 9/22/2021        Date 9/22/2021

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____ Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page 6 of 6

DocuSign Envelope ID: CF38F8A9-5E41-425D-A001-62EF8960CDE4
Case 21-12159    Doc 1-1    Filed 10/25/21    Entered 10/25/21 23:48:14    Desc Signature Pages    Page 4 of 5

Debtor 1    Ladislado  Lara & Elvira  Lara_____    Case number (*if known*)_____
             First Name    Middle Name    Last Name

15. **Calculate your current monthly income for the year.** Follow these steps:

    15a. Copy line 14 here ➔ ......................................................................................................... $ __1,125.00__

    Multiply line 15a by 12 (the number of months in a year).                                          x  12

    15b. The result is your current monthly income for the year for this part of the form. ...........  $__13,500.00__

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.    __IL__

    16b. Fill in the number of people in your household.    __1__

    16c. Fill in the median family income for your state and size of household. ............................ $ __58,698.00__
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

    17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

18. **Copy your total average monthly income from line 11.** ....................................................... $__1,125.00__

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a. ............................................. – $____0.00__

    19b. **Subtract line 19a from line 18.**                                                                    $__1,125.00__

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b. ........................................................................................................... $__1,125.00__

    Multiply by 12 (the number of months in a year).                                                       x  12

    20b. The result is your current monthly income for the year for this part of the form.            $__13,500.00__

    20c. Copy the median family income for your state and size of household from line 16c................ $__58,698.00__

21. **How do the lines compare?**

    ☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

    ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

United States Bankruptcy Court

Northern District of Illinois

In re: Ladislado Lara & Elvira Lara

Debtor(s)

Case No.

Chapter 13

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 9/22/2021

DocuSigned by:
*Ladislado Lara*
129807B64F41435...
Signature of Debtor

DocuSigned by:
*Elvira Lara*
129807B64F41435...
Signature of Joint Debtor